FLORENCE M. POLSEY, Respondent, *v.* WALDORF-ASTORIA, INC., Appellant, Impleaded with Another.

*Appeal — motion to dismiss for failure to file return.*

Polsey v. *Waldorf-Astoria, Inc.*, 216 App. Div. 86, appeal dismissed. (Submitted May 31, 1926; decided June 8, 1926.)

MOTION to dismiss an appeal from a judgment, entered April 13, 1926, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directed reinstatement of said verdict and entry of judgment thereon.

The motion was made on the ground of failure to file the required return.

*Herman M. Frank* for motion.

*E. C. Sherwood* opposed.

Motion granted and appeal dismissed, without costs.

---

AMERICAN SURETY COMPANY OF NEW YORK, Respondent, *v.* PATRIOTIC ASSURANCE COMPANY, LTD., Appellant.

(Submitted May 31, 1926; decided June 8, 1926.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 242 N. Y. 54.)